AUSA: LCG

County: Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

*In re Affidavit in Support of Criminal Complaint as to Shannon AULT*

State of Washington    )
                      :ss
County of Spokane     )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandon Wells, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint seeking the arrest of Shannon AULT (AULT) for violating 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), Distribution of 50 Grams or More of (Actual) Methamphetamine.

2. I am employed by the United States Border Patrol and have been for approximately 14 years. Since January of 2020, I have been assigned as a Task Force Agent (TFA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") at the Spokane Field Office.  As a TFA, my duties include the investigation of violations of federal firearms laws, and other federal laws, including those pertaining to controlled substances.  Prior to my assignment at ATF, I was a TFA with Homeland Security Investigations for approximately two years. During my law enforcement career, I have made hundreds of arrests for both state and federal violations, and have participated in hundreds of investigations involving felonious crimes.  I have received specialized training at the Federal Law Enforcement Training Center ("FLETC") in Artesia, New Mexico and Advanced Training Center in Harpers Ferry, West Virginia.  In investigations, I regularly consult with Senior

Special Agents in the ATF, who have years of experience in working firearms and controlled substance related investigations.

3. As a federal law enforcement officer, including in my role as an ATF TFA, I have participated in numerous investigations into violations of federal firearms and controlled substance laws. As a result of my training and experience as a TFA for the ATF, I am familiar with federal controlled substance laws, specifically, 21 U.S.C. § 844(a), which prohibits the unlawful possession of a controlled substance without a prescription and 21 U.S.C. § 841(a)(1), which prohibits the unlawful possession and/or distribution of a controlled substance. I am aware that fentanyl, methamphetamine, and heroin are controlled substances as defined under the Controlled Substance Act.

4. I submit the following to be true and correct to the best of my knowledge based on my personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

## INVESTIGATION

5. I have been involved in an investigation involving Shannon AULT (AULT) and her alleged involvement in the sale of controlled substances, to include methamphetamine and fentanyl pills.

6. Myself and other ATF agents, including Undercover Agents (UCA)'s, and other law enforcement officers participated in a controlled purchase operation in which AULT sold almost 2 lbs of methamphetamine to a UCA. I have consulted

with agents who participated in the controlled purchase operation, and I have reviewed portions of audio/video recordings captured during the controlled purchase.

7. On or about February 1, 2024, in Spokane, WA, a UCA met AULT in Spokane, WA, which is in the Eastern District of WA. The UCA conducted a controlled purchase from AULT. AULT's identity was confirmed through state booking photos and Washington Department of Licensing photos. During the controlled purchase, the UCA entered a vehicle driven by AULT. AULT then sold the ATF UCA approximately 804 grams of suspected methamphetamine in exchange for US currency. The controlled purchase was audio and video recorded and was witnessed by other ATF agents and Spokane Police Department (SPD) Violent Crimes Task Force (VCTF) Officers, who were present in the area during the undercover meet.

8. The suspected methamphetamine was field tested by ATF agents on the night of the controlled purchase, which tested presumptive positive for the presence of methamphetamine. Based on my training, experience, and consultation with senior ATF agents, the methamphetamine purchased on or about February 1, 2024, as well as prior methamphetamine seizures and confirmed lab results from those prior seizures, I believe that there is probable cause that the methamphetamine purchased on or about February 1, 2024 contained 50 grams or more of actual methamphetamine.

9. On February 13, 2024, ATF agents and officers with Kalispel Tribal Police Department were conducting mobile surveillance on a vehicle registered to AULT, a Hyundai Sonata, bearing WA CHJ2983. During surveillance it appeared the occupants of the vehicle detected surveillance and sped away from the area. Agents went to the last known location of the vehicle, where agents observed AULT's vehicle parked in the street, halfway into a driveway with the doors of the

vehicle open. Agents didn't observe a driver in the vehicle and assumed it was unoccupied.

10. Agents approached the vehicle and observed AULT sitting in the passenger seat of the vehicle with a bag of suspected blue fentanyl pills on her lap. Law enforcement was aware that AULT had a state warrant for Third Degree Theft. Officer Dice with Spokane Tribal Police Department arrested AULT on the warrant, and she was subsequently transported to Spokane County Jail.

11. Based upon the above information, I believe that on or about February 1, 2024, AULT distributed 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Brandon Wells, Task Force Agent
ATF

Sworn to telephonically and signed electronically on this 14th day of February, 2024.

_____
James A. Goeke
United States Magistrate Judge